# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RILEY, et al., derivatively and on behalf of OSI SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DEEPAK CHOPRA, et al., <br><br> Defendants. | Case No. CV 18-3371 FMO (SKx) <br><br><br> **ORDER DISMISSING ACTION** |

Pursuant to Plaintiffs' Notice of Intent to Not File a Second Amended Complaint (Dkt. 61) and the Court's Order of March 31, 2021 (Dkt. 60), IT IS ORDERED that the above-captioned action is hereby **dismissed** without prejudice.

Dated this 19th day of April, 2021.

/s/
Fernando M. Olguin
United States District Judge