JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL RILEY, et al., derivatively and on behalf of OSI SYSTEMS, INC., | ) ) ) | Case No. CV 18-3371 FMO (SKx) |
| Plaintiffs, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| DEEPAK CHOPRA, et al., | ) ) | |
| Defendants. | ) ) ) | |

IT IS ADJUDGED THAT the above-captioned case is dismissed without prejudice.

Dated this 19th day of April, 2021.

_____
/s/
Fernando M. Olguin
United States District Judge